448

Submitted on briefs August 22, affirmed September 4, 1973

STATE OF OREGON, *Respondent, v.* MICHAEL ALLEN GAGE (No. C-72-09-2977), *Appellant.*

513 P2d 815

Raymond M. Alexander, Jr., Portland, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and John W. Burgess, Assistant Attorney General, Salem, for respondent.

Before LANGTRY, Presiding Judge, and FOLEY and FORT, Judges.

PER CURIAM.

Defendant was convicted of criminal activity in

drugs, ORS 167.207, and ex-convict in possession of firearms, ORS 166.270, and he appeals. He claims insufficiency of evidence to support the convictions. In this context we view the evidence in the light most favorable to the state. *State v. Nix,* 7 Or App 383, 386, 491 P2d 635 (1971).

Defendant and his wife were the sole occupants of the house in question. Officers came there to search for drugs, pursuant to a valid warrant. Defendant, upon ascertaining the purpose of the officers, resisted their entry, which they then forced. They found narcotics hidden in several places in the home, and five revolvers hidden in three separate places. Defendant, an ex-convict, made inculpatory and exculpatory statements concerning these items. Taken together, the statements and the circumstances warranted the inference that defendant knowingly possessed and exercised control of the items forming the basis for convictions. *State v. Neel,* 8 Or App 142, 147, 493 P2d 740 (1972).

Affirmed.